RICHARD A. HARRIS, ESQ.
Nevada State Bar No. 505
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: rick@richardharrislaw.com
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNY BERTEL,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL<br>SECURITY<br><br>Defendants. | Case No. 2:11-cv-00537-PMP -PAL<br>**SECOND AMENDED<br>PLAINTIFF'S MOTION FOR<br>EXTENSION OF TIME TO FILE<br>MOTION FOR REMAND AND/OR<br>REVERSAL<br>(FIRST REQUEST)** |

Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a forty-five (45) day extension of time, to file the Motion for Reversal and/or Remand.

Plaintiff's current deadline to file the Motion for Reversal and/or Remand is September 22, 2011.

Opposing counsel has been notified of the Request and has no objection to the delay.

. . .

. . .

. . .

  It is therefore respectfully requested that Plaintiff be granted a forty-five (45) day extension of time to file the Motion for Reversal and/or Remand up to and including November 7, 2011.

DATED this 14 day of September, 2011.  DATED this 14 day of September, 2011

/s/ *Richard A. Harris*  /s/ *Carlos a. Gonzalez*

**RICHARD A. HARRIS, ESQ.**  (As authorized via email)
Nevada State Bar No. 505
RICHARD HARRIS LAW FIRM  **DANIEL G. BOGDEN**
801 S FOURTH ST.  United States Attorney
LAS VEGAS NV 89101  District of Nevada
Ph: (702) 444-4392  Nevada State Bar No. 2197
Fax: (702) 444-4455  **CARLOS A. GONZALEZ**
Email: rick@richardharrislaw.com  Assistant United States Attorney
Attorney for Plaintiff  333 Las Vegas Blvd. So., #5000
  Las Vegas, Nevada 89101
  Ph: (702) 388-6336
  Fax: (702) 388-6787
  E-mail: Carlos.Gonzalez2@usdoj.gov
  Attorneys for the United States

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: September 15, 2011.