**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: rick@richardharrislaw.com
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNY BERTEL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　Defendants. | Case No. 2:11-cv-00537-PMP -PAL<br>SECOND AMENDED<br>PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL<br>(FIRST REQUEST) |

　　　Comes now Plaintiff, by and through her attorney, RICHARD HARRIS, ESQ., and requests a forty-five (45) day extension of time, to file the Motion for Reversal and/or Remand.

　　　Plaintiff's current deadline to file the Motion for Reversal and/or Remand is September 22, 2011.

　　　Opposing counsel has been notified of the Request and has no objection to the delay.

. . .

. . .

. . .

It is therefore respectfully requested that Plaintiff be granted a forty-five (45) day extension of time to file the Motion for Reversal and/or Remand up to and including November 7, 2011.

DATED this 14 day of September, 2011.        DATED this 14 day of September, 2011

/s/ Richard A. Harris

**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: rick@richardharrislaw.com
Attorney for Plaintiff

/s/ Carlos a. Gonzalez

(As authorized via email)

**DANIEL G. BOGDEN**
United States Attorney
District of Nevada
Nevada State Bar No. 2197
**CARLOS A. GONZALEZ**
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States

IT IS SO ORDERED.

_____
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: September 15, 2011.