UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNY BERTEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | 2:11-cv-00537-PMP-PAL<br><br>**<u>ORDER</u>** |

　　　　On July 30, 2012, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report and Recommendation (Doc. #24) that Plaintiff's Motion to Remand (Doc. #19) be denied, and that Defendant's Cross Motion to Affirm (Doc. #20) be granted. No timely objections have been filed and a *de novo* review of the case shows that the recommendation of the magistrate Judge should be affirmed.

　　　　**IT IS SO ORDERED.**

DATED: August 17, 2012.

_____
PHILIP M. PRO
United States District Judge